Because Short had another available remedy, and has availed himself of that remedy by filing an action currently pending in federal district court, relief is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In Re: Harvey P. SHORT, Petitioner.**

No. 10–1956.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 29, 2010.

Decided: Nov. 8, 2010.

Harvey P. Short, Petitioner Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short petitions for a writ of mandamus, alleging the district court has unduly delayed acting on two 42 U.S.C. § 1983 (2006) complaints. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*